UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>ACHARYA, et al.,<br><br>        Defendants. | No. 2:17-cv-2407 MCE CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. It has come to the court's attention that plaintiff's complaint was signed by the prisoner who assisted him in completing the complaint and not by plaintiff. Although plaintiff is permitted to have assistance from other prisoners in completing his complaint, he must sign the complaint himself unless he is represented by an attorney. Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall return the completed signature page. Failure to return the completed signature page will result in a recommendation that the complaint be dismissed.

////

////

////

1

2. The Clerk of the Court is directed to send plaintiff a copy of the signature page of the complaint (ECF No. 1 at 12).

Dated: December 7, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:gome2407.signature