UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ACHARYA, et al.,<br><br>    Defendants. | No. 2:17-cv-2407 MCE CKD P<br><br>ORDER |

By order filed January 29, 2019, this case was referred to the Post-Screening ADR Project. (ECF No. 18.) It has come to the court's attention that the claims in this case are related to those in <u>Gomez v. CDCR</u>, No. 2:17-cv-1247 JAM KJN. As a result, the settlement conference in <u>Gomez v. CDCR</u> has been continued so that it can be held in conjunction with the settlement conference in this case. The combined conference will be set before Magistrate Judge Allison Claire.

The court notes that plaintiff has not yet returned his election notice in this case advising whether he would like to participate in person or by video conference, if available. He will therefore be given another opportunity to do so. If plaintiff does not return the election form, the court will issue a writ for plaintiff to appear by video conference, if available. Once plaintiff has returned the notice or the time for doing so has passed, the court will proceed to contact counsel to schedule the settlement conference.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, plaintiff shall file the attached notice informing the court how he wishes to appear at the settlement conference. If plaintiff does not file the notice, the court will issue a writ for plaintiff to appear by video conference, if available.

2. Once the date for the settlement conference has been set, at least seven days prior to the settlement conference, each party shall submit to Magistrate Judge Allison Claire a confidential settlement conference statement that includes the following: (a) names and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts made to investigate the allegations; and (e) a discussion of the efforts that have been made to settle the case. Defendant shall e-mail the settlement conference statement to acorders@caed.uscourts.gov. Plaintiff shall place his settlement conference statement in the U.S. mail addressed to Magistrate Judge Allison Claire, United States District Court, 501 I Street, Sacramento, CA 95814. The envelope shall be marked "Confidential Settlement Statement." Plaintiff shall mail his settlement conference statement so that it is received by the court at least seven days before the settlement conference.

Dated: March 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:gome2407.adr.amend

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| EDWARD GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACHARYA, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-2407 MCE CKD P<br><br>NOTICE RE: JUDGE ELECTION FOR SETTLEMENT CONFERENCE (POST-SCREENING ADR PROJECT) |

1. As required by court order, the parties notify the court of the following election:

　　____ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and, further, waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter. This waiver is not to be construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1).

　　　　**OR**

　　____ The party signing below requests that a different judge hold the settlement conference.

**AND**

2. Plaintiff indicates his preference by checking one:

_____ Plaintiff would like to participate in the settlement conference in person.

**OR**

_____ Plaintiff would like to participate in the settlement conference by video conference.

DATED:

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Plaintiff

1