UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ACHARYA, et al.,<br><br>        Defendants. | No. 2:17-cv-2407 MCE CKD P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to amend along with a proposed first amended complaint. (ECF Nos. 25, 26.) By order filed January 29, 2019, this case was stayed and referred to the Post-Screening ADR Project. (ECF No. 18.) In staying the case, the court ordered that "[e]xcept as provided herein or by subsequent order, no other pleadings or other documents may be filed in this case during the stay of this action." (Id. at 2.) Plaintiff's motion to amend and proposed amended complaint are therefore unauthorized. In the event settlement negotiations are unsuccessful and the stay is lifted, plaintiff will have an opportunity to seek leave to amend at that time.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion to amend (ECF No. 25) is denied.

////

////

1

2. The Clerk of the Court is directed to strike the proposed first amended petition (ECF No. 26).

Dated: April 11, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:gome2407.amend.deny