UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>ACHARYA, et al.,<br><br>  Defendants. | No. 2:17-cv-2407 MCE CKD P<br><br><br><br>ORDER |

By order filed May 28, 2019, defendants were ordered to respond to plaintiff's first amended complaint. (ECF No. 30.) Defendants have now filed a motion for reconsideration on the ground that the order appears to contain a clerical mistake as the first amended complaint was stricken from the record. (ECF No. 31.) The motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for reconsideration (ECF No. 31) is granted.

2. The portion of the May 28, 2019 order directing defendants to respond to the first amended complaint is vacated. Defendants shall file a response to the original complaint (ECF No. 1) by June 18, 2019.

Dated: June 14, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:gome2407.60(a)

1