UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ACHARYA, et al.,<br><br>    Defendants. | No. 2:17-cv-2407 MCE CKD P<br><br><br>ORDER |

By findings and recommendations filed July 11, 2019, the undersigned recommended that the claims against defendant Ladan be dismissed without prejudice to being brought in a separate action. (ECF No. 39.) Plaintiff has now filed a request to voluntarily dismiss defendant Ladan without prejudice. (ECF No. 40.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to voluntarily dismiss defendant Ladan (ECF No. 40) is granted, and the claims against defendant Ladan are voluntarily dismissed without prejudice.

2. The recommendation that defendant Ladan be dismissed without prejudice (ECF No. 39) is now moot and is therefore withdrawn.

Dated: August 5, 2019

                                                  CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

13:gome2407.dismiss