UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>          Defendants. | No. 2: 17-cv-1247 JAM KJN P |

| | |
|---|---|
| EDWARD GOMEZ,<br><br>          Plaintiff,<br><br>v.<br><br>ACHARYA, et al.,<br><br>          Defendants | No. 2: 17-cv-2407 MCE CKD P<br><br><u>ORDER</u> |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 21, 2020, the undersigned ordered defense counsel in both actions listed above (after consulting with plaintiff) to separately notify the court in the instant action whether they believe a settlement conference involving both actions would be beneficial.

1

On October 9, 2020, defense counsel in 2:17-cv-2407 informed the court that, after consulting with plaintiff, they did not believe that scheduling a further settlement conference in that action would be beneficial.  On October 15, 2020, defense counsel in 2:17-cv-1247 informed the court that, after consulting with plaintiff, they believed a further settlement conference would be beneficial.  Good cause appearing, the undersigned will schedule a settlement conference regarding 2:17-cv-1247 JAM KJN P only.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff and defendant in 2:17-cv-1247 JAM KJN P shall return to the court the settlement judge election form attached to this order; following receipt of this form, the court will schedule a further settlement conference.

Dated:  October 22, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gom1247.set(2)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | No.  2:17-cv-1247 JAM KJN P<br><br>NOTICE RE:  JUDGE ELECTION FOR SETTLEMENT CONFERENCE |

1. As required by court order, the parties notify the court of the following election:

\_\_\_\_ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and, further, waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter.  This waiver is not to be construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1).

**OR**

\_\_\_\_ The party signing below requests that a different judge hold the settlement conference.

DATED:

_____
Plaintiff or Counsel for Defendants

3